**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:95cr03089-29/RV

CHRISTOPHER GULLEY

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   November 20, 2008

Motion/Pleadings:   MOTION to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)

Filed by   Defendant        on 10/14/2007     Doc.#   1227

RESPONSES:

    None              on            Doc.#

                           on            Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)       Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  24th   day of  November  , 2008, that:*

*(a) The relief requested is DENIED.*

*(b) The defendant's sentencing guideline range is not affected by Amendment 706.*

/s/ *Roger Vinson*

**ROGER VINSON**
**Senior United States District Judge**